Appellate Division, First Department. April 5, 1907.) Action by Samuel M. Evans, as trustee, against the National Broadway Bank. Herbert R. Limburg, for appellant. W. V. Rowe, for respondent. No opinion. Judgment affirmed, without costs. Order filed. See 96 N. Y. Supp. 789.

FARMER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Florence E. Farmer, as administratrix, against the New York Central & Hudson River Railroad Company. No opinion. Motion to resettle order denied, without costs.

FAY, Respondent, v. V. J. HEDDEN & SONS CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Robert P. Fay against the V. J. Hedden & Sons Company. No opinion. Judgment and order unanimously affirmed, with costs.

FAZIO, Appellant, v. LOOP ROLLER COASTER CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by James Fazio against the Loop Roller Coaster Company. No opinion. Judgment affirmed, with costs.

FELDMAN et al., Respondents, v. GURLAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Annie Feldman and another against Harry Gurland and others. No opinion. Motion to resettle order denied, with costs.

FISHER, Respondent, v. MARTIN, Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by George E. Fisher against Miles M. Martin. C. A. Deshon, for appellant. C. N. Flint, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FISHMAN, Respondent, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Louis Fishman against Bernhard Campbell. No opinion. Judgment of the Municipal Court affirmed by default, with costs. See Mogile v. Hamburger (decided herewith) 103 N. Y. Supp. 1134.

FISKE et al., Respondents, v. BEDFORD, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 22, 1907.) Action by Stephen Fiske and another against Helen M. Bedford, impleaded with others. J. M. Mayer, for appellant. F. W. M. Cutcheon, for respondents. No opinion. Judgment affirmed, with costs. Settle order on notice.

FLAHERTY, Respondent, v. ALLIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by James Flaherty, as executor, etc., against Lou P. Allis. No opinion. Judgment reversed,

with costs in this and the courts below. Held, that the evidence failed to establish a cause of action in conversion.

FOSTER, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Joseph Foster, Jr., against the International Paper Company.
PER CURIAM. Motion for leave to appeal to the Court of Appeals granted.
WILLIAMS, J., not sitting.

FRANK, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Louisa Frank against Mary Miller and another. No opinion. Motion denied, with costs.

FRANKLIN v. NEW YORK HERALD CO. et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Henry L. Franklin against the New York Herald Company and Ellen Morris, as administratrix of Henry J. Morris, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

FREITAG, Respondent, v. RECHNITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by David Freitag against Jacob Rechnitz and others. No opinion. Motion denied, on condition that the defendant pay $10 costs and forthwith perfect the appeal and file the return in this court; otherwise, motion granted, with $10 costs.

FRENCH et al., Appellants, v. BARRETT BRIDGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by William H. French and another against the Barrett Bridge Company. No opinion. Judgment and order unanimously affirmed, with costs.

FRIES, Appellant, v. FRIES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 6, 1907.) Action by Nicholas C. Fries against John P. Fries and others. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified.

FULLER, Respondent, v. MUNICIPAL TELEGRAPH & STOCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 28, 1907.) Action by William H. Fuller against the Municipal Telegraph & Stock Company. No opinion. Motion denied.

GADE et al., Respondents, v. SEGELKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1907.) Action by Emilie Gade and another against Henry Segelke. No opinion. Judgment and order affirmed, with costs.